NAME

PRISON IDENTIFICATION/BOOKING NO.

ADDRESS OR PLACE OF CONFINEMENT

Note: If represented by an attorney, provide name, address, & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FULL NAME OF MOVANT
(Include name under which you were convicted)

Keith Gartenlaub

Petitioner.

CASE NUMBER:

CV 24-7437
To be supplied by the Clerk of the United States District Court

CR 14-00173
Criminal case under which sentence was imposed.

**MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**
**28 U.S.C § 2255**

## INSTRUCTIONS - READ CAREFULLY

This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any questions use reverse side of sheet.

Additional pages are not permitted. No citation or authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

Upon receipt, your motion will be filed if it is in proper order. **NO FEE** is required with this motion

If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in a different district, you must file separate motions as to each judgment.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

When the motion is fully completed, the original and three (3) copies must be mailed to the Clerk of the United States District Court, whose address is 255 East Temple Street, Suite TS-134, Los Angeles, California 90012.

# MOTION

1. Name and location of court that entered judgment of conviction under attack: Federal Court for the Central District of California, Western Division, 312 N. Spring Street, Los Angeles, 90012.

2. Date of judgment of conviction: ____________

3. Length of sentence: Imprisonment for of 41 months. Lifetime probation. Sentencing judge: Judge Christine Snyder

4. Nature of offense or offenses for which you were convicted:

   Count 2: possession of child pornography in violation of:
   18 U.S.C. 2252(a)(5)(B)
   18 U.S.C. 2252(a)(B)(2)

5. What was your plea? *(check one)*

   ☒ Not guilty
   ☐ Guilty
   ☐ Nolo Contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. Kind of trial: *(check one)*

   ☒ Jury
   ☐ Judge only

7. Did you testify at the trial?

   ☐ Yes ☒ No

8. Did you appeal from the judgment of conviction?

   ☒ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

(b) Result Affirmed

(c) Date of result 10/2/2018

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

☒ Yes ☐ No

11. If your answer to question number 10 was "yes," give the following information:

(a) (1) Name of Court United States Supreme Court

(2) Nature of proceeding petition for certiorari

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

☐ Yes ☐ No

(5) Result They would not hear the case

(6) Date of result

(b) (1) Name of Court UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

(2) Nature of proceeding 28 U.S.C § 2255

(3) Grounds raised New Evidence related to FISA

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

☐ Yes ☐ No

(5) Result Affirmed

(6) Date of result

(c) (1) Name of Court UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

(2) Nature of proceeding Granted certificate of appealability for 28 U.S.C § 2255

(3) Grounds raised New Evidence related to FISA

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

☐ Yes ☒ No

(5) Result Affirmed

(6) Date of result 12/05/2024

(d) Did you appeal, to an appellate federal court having jurisdiction, the results of action taken on any petition, application, or motion?

(1) First petition, etc. ☒ Yes ☐ No

(2) Second petition, etc. ☒ Yes ☐ No

(3) Third petition, etc. ☐ Yes ☐ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

N/A

12. State concisely every ground on which you claim that you are being held unlawfully.

**CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in this type of proceeding. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds that you have, whether listed below or not. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of the grounds listed below for relief, you must allege facts in support of the grounds you select. The petition will be returned to you if you merely check (a) through (j) or any one or more of these grounds without alleging facts in support.

(a) Conviction obtained by plea of guilty that was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Actual Innocence

Supporting facts (tell your story briefly without citing cases or law):

The alleged contraband was never accessed, viewed, or added to by Petitioner.
Contraband was traced to unknown sources that predated their presence on Petitioner's computer.
Clandestine FISA searches likely led to evidence tampering.
The prosecution misrepresented forensic findings.
Exculpatory evidence was withheld.
Defense attorney was complicit with the Government to assure a wrongful conviction

B. Ground two: Ineffective Assistance of Counsel (IAC) - Strickland Claim

Supporting facts (tell your story briefly without citing cases or law):

Defense counsel failed in multiple respects:
Allowed the case to be moved from Orange County to Los Angeles, a venue more favorable to the prosecution.
Allowed misleading forensic testimony without rebuttal.
Suppressed exculpatory forensic evidence contradicting prosecution claims.
Refused to call key forensic witnesses.
Coerced Petitioner into waiving ineffective assistance claims.
Failed to file a Notice of Appeal, forcing Petitioner to act pro se.
Defense attorney was complicit with the Government to assure a wrongful conviction

C. Ground three: FISA Violations & Unconstitutional Surveillance

Supporting facts (tell your story briefly without citing cases or law):

FISA was weaponized to bypass Fourth Amendment protections.
The government concealed the full FISA warrant and affidavits.
Digital evidence obtained via FISA was manipulated.
No national security or espionage charges or allegations were ever made against Petitioner, despite the extensive surveillance and investigation.
This case has all the hallmarks of a black bag operation to conceal a failed national security investigation

D. Ground four: Prosecutorial Misconduct and Brady & Napue Violations

Supporting facts (tell your story briefly without citing cases or law):

Exculpatory forensic reports were withheld.
The prosecution knowingly presented misleading expert testimony.
The government used this prosecution to coerce national security cooperation.
Prosecution was complicit with the defense attorney to assure a wrongful conviction

13. If any of the grounds listed in 12 A, B, C, or D were not previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them: All 4 grounds presented here have NOT been put before the court. It was not the proper stage in the legal process to bring these gounds. My pro bono lawyer did not have the bandwidth to address all claims once he realized the magnitude.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

☐ Yes ☒ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At a preliminary hearing: NONE
    (b) At arraignment and plea: Mark J. Werksman, Esq. 888 West Sixth Street, 4th Floor, Los Angeles, CA 90017
    (c) At trial: Mark J. Werksman, Esq. 888 West Sixth Street, 4th Floor, Los Angeles, CA 90017
    (d) At sentencing: Mark J. Werksman, Esq. 888 West Sixth Street, 4th Floor, Los Angeles, CA 90017
    (e) On appeal: John D. Cline, Esq. One Embarcadero Center Suite 500, San Francisco, CA 94111 ~~Tor Ekeland, Esq. 30 Wall St.~~
    (f) In any post-conviction proceeding: Tor Ekeland, Esq. 30 Wall St. New York, NY 10005
    (g) On appeal from any adverse ruling in a post-conviction proceeding: Self

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at approximately the same time?

    ☒ Yes ☐ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    ☐ Yes ☒ No

    (a) If so, give the name and location of the court that imposed sentence to be served in the future:
    (b) Give the date and length of sentence to be served in the future:
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed sentence to be served in the future?

    ☐ Yes ☒ No

WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

_Signature of Attorney (if any)_

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 03/09/2025 /s/ Keith Gartenlaub

_Date_ _Signature of Movant_

KEITH GARTENLAUB
*Petitioner*

UNITED STATES OF AMERICA
*Respondent(s)*

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS***

I, Keith Gartenlaub, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __________

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 2019-approx $3,000 a month Disabled since 2019

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☒ No

   b. Rent payments, interest or dividends? ☐ Yes ☒ No

   c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No

   d. Gifts or inheritances? ☐ Yes ☒ No

   e. Any other sources? ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: N/A

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☐ Yes ☒ No

   If the answer is yes, state the total value of the items owned: __________

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☒ Yes ☐ No

   If the answer is yes, describe the property and state its approximate value: 2019 Toyota Mirai. Owe $8,000/worth $4,500

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Tess Gartenlaub-Spose. We are surviving on my SSDI payments

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 03/09/2025 — *Date*

/s/ Keith Gartenlaub — *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $__________ on account to his credit at the __________ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

*Date*

*Authorized Officer of Institution*

*Title of Officer*