UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KEITH GARTENLAUB,

Applicant,

v.

UNITED STATES OF AMERICA,

Respondent.

No. 24-7437

ORDER

Before: CANBY, R. NELSON, and FORREST, Circuit Judges.

The applicant's motion to appoint counsel is denied.

The court grants the applicant's motions to strike Docket Entry Nos. 6, 7, and 11, and also grants the motion to supplement the application at Docket Entry No. 1 with the updated application at Docket Entry No. 13. The court has also considered the proposed 28 U.S.C. § 2255 motion at Docket Entry No. 15.

The application for authorization to file a second or successive § 2255 motion in the district court, as amended, is denied. The applicant has not made a prima facie showing under § 2255(h) of:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously

unavailable.

Any other pending motions are denied as moot. No further filings will be entertained in this case.

**DENIED.**